UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

LUIS CASTILLO-FLORES,

Defendant.

26-cr-00001-JLR

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM Number 23041-512, has been sentenced to a term of imprisonment of "Time Served," and therefore is to be released subject to any detainers.

Dated: July 9, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge